```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**MARIELE DIMAURO,**

              Plaintiff,          20cv2619 (JGK)

    - against -                ORDER

**189 CHRYSTIE STREET PARTNERS, LP et al.,**

              Defendants.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The parties should submit a Rule 26(f) report by June 26, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
            June 16, 2020           /s/ John G. Koeltl
                                                             **John G. Koeltl**
                                                        **United States District Judge**