UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**MARIELE DIMAURO**

                Plaintiffs,

    -against-                                              20 **CIVIL** 2619 (JGK)

                                                             **JUDGMENT**

**189 CHRYSTIE STREET PARTNERS, LP et al.,**

                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo Endorsed Order dated October 26, 2020, the Court approves the Settlement Agreements as fair, reasonable and adequate including the award of attorney's fees which the Court also finds fair and reasonable, particularly in light of the detailed submission in counsel's 9/30/2020 letter; accordingly, judgment is entered dismissing 20cv2619 and 20cv2660 with prejudice in accordance with the settlement agreements; these cases are closed.

**Dated:**  New York, New York
            October 28, 2020

                                                                  **RUBY J. KRAJICK**
                                                              _____
                                                                   **Clerk of Court**
                                                   **BY:**
                                                                  **Deputy Clerk**